UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN CARSON,

    Petitioner,

-vs-                                      Case No. 6:95-cv-533-Orl-19DAB
                                                (6:91-cr-146-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER

This case is before the Court on the following motion:

| | |
|---|---|
| **MOTION:** | **PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY (Doc. No. 9)** |
| **FILED:** | May 24, 2006 |
| **THEREON** it is **ORDERED** that the motion is **DENIED**. | |

Petitioner has not made a substantial showing of the deprivation of any federal constitutional right.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this ____25th_____ day of May, 2006.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 5/25
Counsel of Record
Brain Carson