UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN CARSON,

    Petitioner,

v.                                  CASE NO. 6:95-cv-533-Orl-19DAB
                                     (6:91-cr-146-Orl-19DAB)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

The Court's Order of June 26, 2006 (Doc. No. 12) is amended to reflect that the appellate filing fee is $455.00. In all other respects, the Order shall remain in full force and effect.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _5th____ day of July, 2006.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
pslc 7/5
Brian Carson
Counsel of Record