UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BRIAN CARSON,

    Petitioner,

v.                                                     CASE NO. 6:95-cv-533-Orl-19JGG
                                                          (6:91-cr-146-Orl-19)

UNITED STATES OF AMERICA,

    Respondent.

## ORDER

This case is before the Court on the following motion:

1. Petitioner's Motion for Reconsideration Rule 59(e) (Doc. No. 17, filed August 3, 2007).

Thereon it is **ORDERED** that the motion is **DENIED.** Petitioner has failed to demonstrate sufficient grounds to warrant the relief requested.

**DONE AND ORDERED** at Orlando, Florida, this  10th  day of August, 2007.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sc 8/10
Counsel of Record
Brian Carson